```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

SYLINIA JACKSON,

                Plaintiff,

    - against -

LCT OCPO LLC,

                Defendant.

25-cv-184 (JGK)

ORDER

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **April 10, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            January 10, 2025

                                              John G. Koeltl
                                         United States District Judge